PULLIAM *v.* HUDSON.

SIMMONS, C. J.　As between the parties, a mortgage is good though not properly attested, and is admissible in evidence upon proof of its execution

*Judgment affirmed.　By five Justices.*

Argued January 15, — Decided February 9, 1903.

Petition for certiorari.　Before Judge Lumpkin.　Fulton superior court.　April 17, 1902.

*S. C. Crane,* for plaintiff in error.